# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 18-CR-0078 |
| | : | |
| EMORY EDWARD REED, III | : | |

## ORDER

AND NOW, this 29th day of June, 2021, after a review of the defendant's motions and the responses thereto, it is hereby **ORDERED** that defendant's Habeus Corpus Petition and Motion for Compassionate Release are **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.